## In the Matter of Estelle POWELL.

No. 45S00–9409–DI–829.

Supreme Court of Indiana.

July 12, 1995.

### ORDER ACCEPTING RESIGNATION AND CONCLUDING PROCEEDING AS MOOT

SHEPARD, Chief Justice.

Comes now Estelle Powell, the respondent in this case, and tenders her *Affidavit of Resignation* from the Bar, pursuant to *Admission and Discipline Rule 23(17)*. Upon examination of the matters presented in this case, we find that the respondent's *Affidavit of Resignation* meets all of the requirements of *Admis.Disc.R. 23(17)*, that the resignation should be accepted, and that, accordingly, any proceedings pending in this case should be concluded as moot.

IT IS, THEREFORE, ORDERED that the respondent, Estelle Powell, is hereby removed as a member of the Bar of this State and that the Clerk of this Court strike her name from the roll of attorneys. To be eligible for reinstatement at a future date, the respondent must comply with the provisions of *Admis.Disc.R. 23(4)*.

The Clerk of the Court is directed to forward copies of this Order in accordance with the provisions of *Admis.Disc.R. 23(3)(d)* governing disbarment and suspension.

All Justices concur.

## In the Matter of Mark Eugene REYNOLDS.

No. 49S00–9503–DI–369.

Supreme Court of Indiana.

July 12, 1995.

### ORDER OF SUSPENSION UPON NOTICE OF CONVICTION

SHEPARD, Chief Justice.

Comes now the Indiana Supreme Court Disciplinary Commission and, pursuant to *Admission and Discipline Rule 23(10)(e)*, files a *Notice of Conviction and Request for Suspension*. And this Court, being duly advised, now finds that on June 6, 1995, pursuant to a plea agreement, the respondent was convicted in the United States District Court for the Southern District of Indiana, Evansville Division, in Cause No. EV 93–26–CR, of two felony counts, Perjury Before the Federal Grand Jury, and Conspiracy to Defraud the Internal Revenue Service. We find further that, pursuant to *Admis.Disc.R. 23(11)(a)*, the respondent should be suspended from the practice of law pending further order of this Court or final determination of any disciplinary proceeding that may result.

IT IS, THEREFORE, ORDERED that Mark Eugene Reynolds is hereby suspended from the practice of law effective thirty (30) days from the issuance of this Order. Pursuant to *Admis.Disc.R. 23(11)(b)*, the respondent may, within 20 days of the issuance of this Order, assert in writing any deficiency that establishes that the suspension may not properly be ordered.

The Clerk of this Court is directed to send notice of this *Order of Suspension* as provided by *Admis.Disc.R. 23(3)(d)*.

All Justices concur.